UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00101-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SANTOS VELASQUEZ-RIOS,

       Defendant.

---

**ORDER CONTINUING CHANGE OF PLEA**

---

       **THIS MATTER** comes before the Court on the Unopposed Motion to Continue Change of Plea Hearing **(Doc. #20)** filed June 30, 2006. In view of the agreement of the parties,

       **IT IS THEREFORE ORDERED** that the Motion **(Doc. #20)** is **GRANTED** and the Change of Plea hearing in this matter set for **July 10, 2006**, at **8:30 a.m.** is **VACATED** and reset to **August 28, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

       Dated this 5th day of July, 2006.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge