UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00101-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTOS VELASQUEZ-RIOS,

    Defendant.

---

**ORDER**

---

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the sentencing in this matter set to commence on February 20, 2007 is VACATED and reset to **March 23, 2007 at 2:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. Any objections to resetting must be filed within 10 days, any response to the objection must be filed within 3 days.

Dated this 5th day of February, 2007

                        **BY THE COURT:**

                        *Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge