UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00101-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SANTOS VELASQUEZ-RIOS,

        Defendant.

## ORDER RESETTING SENTENCING HEARING

Upon the agreement of the parties,

**IT IS ORDERED** that sentencing in this matter is reset to **April 16, 2007 at 1:30 p.m.** in the United States District Courthouse, Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 9th day of February, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge